ACCEPTED
12-14-00007-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/10/2015 10:55:48 AM
CATHY LUSK
CLERK

# No. 12-14-00007-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/10/2015 10:55:48 AM

CATHY S. LUSK
Clerk

## In the Court of Appeals
## for the
## Twelfth District of Texas
## Tyler, Texas

**REX SMITH**

*Appellant*

**v.**

**KELLY DAVIS AND AMBER DAVIS**

*Appellees*

---

*Appealed from the 294ᵗʰ Judicial District Court*
*Van Zandt County, Texas*

---

### APPELLANT'S MOTION TO EXTEND REHEARING
### RESPONSE DEADLINE

---

Jeffrey C. Irion
Texas Bar No. 10413500
240 S. Old Gun Barrel Lane
P. O. Box 5027
Gun Barrel City, Texas 75147
Telephone:  903-887-4050
Facsimile:    866-422-8403
jirionattorney@aol.com

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:    903-597-2413

**ATTORNEYS FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, Rex Smith, asks the Court to extend the rehearing response deadline by 14 days to and including March 30, 2015.

**1.**
**Information Required By Rule 10.5,**
**Tex. R. App. P.**

The following information supports this request.

(i)     Appellant's rehearing response deadline is currently due to be filed on March 16, 2015.

(ii)     Appellant asks that the deadline for filing his rehearing response be extended by an additional 14 days to and including Monday, March 30, 2015.

**2.**
**Facts Explaining the Need to Extend**
**Rehearing Response Deadline**

Counsel is unable to prepare an adequate rehearing response and obtain the necessary client approval by the current due date, because of the following reasons:  Greg Smith's available time between now and March 23 is reserved for preparation and filing of the Respondents' Merits Brief in the Texas Supreme Court, in No. 13-0986, *Helfand v. Southwestern Energy Production Company*, defending this Court's decision.  The March 23 deadline in the *Helfand* appeal is not extendable.

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure that the Appellant's response to Appellees' Motion for Rehearing sufficiently aids the Court's decisional process.

1

**4.**

Appellees oppose this request.

**Conclusion and Prayer**

Appellant, Rex Smith, prays that the Court would extend the rehearing response deadline by 14 additional days, to and including March 30, 2015.

Respectfully submitted,

Jeffrey C. Irion
Texas Bar No. 10413500
240 S. Old Gun Barrel Lane
P. O. Box 5027
Gun Barrel City, Texas 75147
Telephone: 903-887-4050
Facsimile: 866-422-8403
jirionattorney@aol.com


    /s/ Greg Smith
Greg Smith
State Bar No. 18600600

RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
gsmith@rameyflock.com

**COUNSEL FOR APPELLANT,
REX SMITH**

**Certificate of Service**

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 10th day of March, 2015, on the following:

**<u>Via email</u>**
S. Gary Werley, Attorney
1840 Acton Highway
Granbury, Texas 76049
sgwerley@werleylaw.com


    /s/ Greg Smith
Greg Smith